JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMBER JOHNSON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> LAMELO BALL, an individual, and DOES 1-20, inclusive, <br><br> Defendants. | **Case No. 2:22-cv-00884-AFM** <br><br> **FINAL JUDGMENT** |

# FINAL JUDGMENT

For the reasons set forth in the Order granting Defendant's Motion for Partial Summary Judgment (ECF No. 91), and following the voluntary dismissal by stipulation of all remaining claims asserted in this action (ECF No. 95),

IT IS ORDERED AND ADJUDGED that Plaintiff Amber Johnson take nothing by way of her Complaint against Defendant LaMelo Ball, and that judgment is hereby entered in favor of Defendant LaMelo Ball. This is a final judgment.

Dated: _6/7/2023_____

ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE